BRENDA S. FULMER, Esq.
Fla. Bar No. 999891
ALLEY, CLARK, GREIWE & FULMER
701 E. Washington Street
P.O. Box 3127
Tampa, FL 33601-3127
Tele: (813) 222-0977
Fax: (813) 224-0373
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL No.: 1699 |
| This document relates to: | Civil Action No. 3:06-CV-5704 |
| JACK RICE,<br>    Plaintiff,<br>vs. | STIPULATION FOR DISMISSAL |
| MERCK & CO., INC., PFIZER, INC., PHARMACIA CORPORATION, G.D. SEARLE LLC (f/k/a G.D. SEARLE & CO.), and MONSANTO COMPANY, | |

**MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE
of DEFENDANTS PFIZER, INC., PHARMACIA CORPORATION,
<u>G.D. SEARLE LLC (f/k/a G.D. SEARLE & CO.), and MONSANTO COMPANY, only</u>**

Plaintiff, JACK RICE, by and through his undersigned counsel, hereby requests that this Court, pursuant to Rule 41, Federal Rules of Civil Procedure, enter an Order voluntarily dismissing Defendants Pfizer, Inc., Pharmacia Corporation, G.D. Searle LLC, (f/k/a G.D. Searle & Co.), and Monsanto Company, without prejudice with each party bearing its own costs and

attorneys' fees. Plaintiff has consulted with counsel for Defendants herein and unfortunately was unable to obtain Defendants consent to this motion. While Defendants did not object to entry of the dismissal, Defendants requested additional provisions that were objectionable to Plaintiff. There are no counterclaims or third-party claims against Defendants Pfizer, Inc., Pharmacia Corporation, G.D. Searle LLC, (f/k/a G.D. Searle & Co.), and Monsanto Company.

WHEREFORE, Plaintiff requests that this Court enter an Order dismissing his claims without prejudice against Defendants, PFIZER, INC., PHARMACIA CORPORATION, G.D. SEARLE LLC, (f/k/a G.D. Searle & Co.), and MONSANTO COMPANY, only with each party bearing its own costs and attorneys' fees.

Dated this 10th day of April, 2007.

By: /s/ Brenda S. Fulmer
BRENDA S. FULMER, Esq.
Fla. Bar No. 999891
ALLEY, CLARK, GREIWE & FULMER
701 E. Washington Street
P.O. Box 3127
Tampa, FL 33601-3127
Tele: (813) 222-0977
Fax: (813) 224-0373
bfulmer@tampatriallawyers.com
Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this _____ day of April, 2007, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following counsel of record: Barbara Bolton Litten, Esquire, Patricia E. Lowry, Esquire, John B.T. Murray, Jr., Esquire, Dori K. Stibolt, Esquire, Squire, Sanders & Dempsey, 1900 Phillips Point West, 777 S. Flagler Drive, West Palm Beach, FL 33401, Counsel for Merck, Edward W. Gerecke, Esquire, Carlton, Fields, et al., Post Office Box 3239, Tampa, FL 33601-3239, Attorneys for Defendants Pfizer, Inc., Pharmacia Corporation, G.D. Searle LLC, (f/k/a G.D. Searle & Co.), and Monsanto Company.

By: /s/ Brenda Fulmer
BRENDA S. FULMER, Esq.
Fla. Bar No. 999891
ALLEY, CLARK, GREIWE & FULMER
701 E. Washington Street
P.O. Box 3127
Tampa, FL 33601-3127
Tele: (813) 222-0977
Fax: (813) 224-0373
bfulmer@tampatriallawyers.com
Attorneys for Plaintiff

IT IS HEREBY ORDERED, pursuant to the above Motion, that the claims of Plaintiff Jack Rice only are dismissed without prejudice. on the condition that if plaintiff refiles his claims, he must file in federal court only.  CRB
Dated _____aPRIL27_____, 2007.

_____
HON. CHARLES R. BREYER
Judge, United States District Court for the
Northern District of California

IT IS SO ORDERED
Judge Charles R. Breyer

3